# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ALI MIRZAEE,

     Petitioner,

v.

Case No. 2:26-cv-01364-MIS-JHR

TODD M. LYONS, in his official capacity as Acting Director of the Immigration and Customs Enforcement; RYAN ELLISON, in his official capacity as First Assistant U.S. Attorney of the District of New Mexico; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security; MARY DE ANDA-YBARRA, in her official capacity as El Paso Field Office Director of the Immigration and Customs Enforcement; and WARDEN, Otero County Processing Center,

     Respondents.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment is hereby entered in favor of Petitioner Ali Mirzaee and against Respondents Todd M. Lyons, Ryan Ellison, Todd Blanche, Markwayne Mullin, Mary De Anda-Ybarra, and Warden, Otero County Processing Center.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE